

# Fourth Court of Appeals
## San Antonio, Texas

May 25, 2016

No. 04-15-00543-CV

**IN THE MATTER OF THE GUARDIANSHIP OF BERTHA GUERRERO, AN INCAPACITATED PERSON**,

From the Probate Court No 2, Bexar County, Texas
Trial Court No. 2015-PC-1702
Honorable Tom Rickhoff, Judge Presiding

## O R D E R

The appellee's motion to strike appellant's reply brief is hereby GRANTED.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of May, 2016.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court